OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1R                $ 00.26⁵
0006557458    MAR 31 2015
MAILED FROM WR-10-760-0

3/23/2015

PAGE, JOSEPH DWIGHT    Tr. Ct. No. FM1552129

On this day, the original application for writ of mandamus has been received an
presented to the Court.

sta, Cle

**RETURN TO SENDER**
**NOT IN DALLAS COUNTY JAIL**
U TF